**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6371**

BENJAMIN ROSS DOWNEY,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, Chairperson, VPB, Official;
GENE JOHNSON, Director; MARK R. WARNER,
Governor; JAMES A. SISK, Manager, Official,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate
Judge.  (3:05-cv-00546-MHL)

Submitted:  June 21, 2007               Decided:  June 29, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Ross Downey, Appellant Pro Se.   Richard Carson Vorhis,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ross Downey appeals the magistrate judge's order[*] denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Downey v. Fahey</u>, No. 3:05-cv-00546-MHL (E.D. Va. Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).